1  Ho-El Park (SBN 235473)
   hpark@hparklaw.com
2  LAW OFFICE OF HO-EL PARK, P.C.
   333 City Boulevard West, Suite 1700
3  Orange, California 92868
   Tel: 714.523.2466
4  Fax: 714.503.0788
5
   Attorneys for Defendant:
6  GREENFIELD FARMS FOOD, INC.
7
8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10
11 LUKE C. ZOUVAS and NOHO INC,          CASE NO.   **'17CV2575 CAB WVG**
12          Plaintiffs,                  **NOTICE OF REMOVAL OF
                                         ACTION UNDER 28 U.S.C. §1441(b)**
13     v.                               **DIVERSITY**
14
15 GREENFIELD FARMS FOOD, INC.;
   and DOES 1-50, et al.,
16
17          Defendants.
18
19 **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**
20
21     PLEASE TAKE NOTICE that defendant GREENFIELD FARMS FOOD,
22 INC. ("GREENFIELD") hereby removes to this Court the state court action
23 described below.
24     1.  On December 19, 2017, an action was commenced in the Superior Court
25 of the State of California in and for the City of San Diego, County of San Diego,
26 entitled *LUKE C. ZOUVAS and NOHO, INC, Plaintiffs, vs. GREENFIELD FARMS*
27
28
                                      -1-

*FOOD, INC.,* as Case Number <u>30-2017-00049135-CU-BT-CTL</u>, a copy of the complaint is attached hereto as ***Exhibit "A"*** ("Complaint").

2.   The first date upon which defendant GREENFIELD received a copy of the Complaint was on or about December 21, 2017 when Plaintiff's attorney emailed it to GREENFIELD.

3.   This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by GREENFIELD pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because Plaintiffs are alleging that Noho Inc. has not received 49% of GREENFIELD stocks which exceed the sum of $75,000.  See *Complaint*; p. 9, ll. 13-14.

4.   Complete diversity of citizenship exists in that: Plaintiff LUKE C. ZOUVAS is a resident of the State of California.  See *Complaint*; p. 1, ll. 27-28. Co-Plaintiff Noho, Inc. is alleged to be a corporation duly organized under the laws of the State of Wyoming with its principal place of business in Scottsdale, Arizona. See *Complaint*; p. 1, ll. 24-26.  Defendant GREENFIELD was and is a corporation incorporated under the laws of the State of Nevada having its principal place of business in the State of Kentucky (regardless, on its face, Complaint, paragraph 2 alleges that GREENFIELD is a Nevada corporation with its place of business in Scottsdale, Arizona.  See *Complaint*; p. 2, ll. 1-4.

5.   While not shown in the caption of the Complaint, paragraph 3 also names a defendant, an individual named "Heineman".  Said paragraph, on its face, alleges that he is a resident of Ohio.  See *Complaint*; p. 2, ll. 5-6.

///

///

///

///

1        6.    United States District Court, Southern District of California is the

2    district encompassing the place where the state court action is pending.

3

4

5    DATED:    December 27, 2017    LAW OFFICE OF HO-EL PARK, P.C.
         /s/ Ho-El Park

6        Ho-El Park, Esquire
         Attorney for Defendant,

7        GREENFIELD FARMS FOOD, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, Ho-El Park, hereby declare under the penalty of perjury as follows:

I am the principal attorney of the Law Office of Ho-El Park, P.C. with principal place of business at 333 City Blvd. West, Suite 1700, Orange, CA 92868. I am over the age of eighteen and not a party to this action.

On December 27, 2017, I electronically filed the foregoing document (**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) DIVERSITY**) with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record listed below via transmission of Notices of Electronic Filing generated by CM/ECF (U.S. District Court, Central District of California, Local Rule 5-3.3). The Notice of Electronic Filing that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document(s) on registered users.

**Service List**

Luke C. Zouvas, Esq. (via CM/ECF)

ZOUVAS LAW GROUP, LLP

lzouvas@zouvaslaw.com

2907 Shelter Island Drive, Suite 105

San Diego, CA 92106

Telephone: (619) 300-6971


The electronically filed document herein is also served on this day by U.S. First Class Mail, with postage fully prepaid.

Executed on December 27, 2017 at Orange, California.

/s/ Ho-El Park
Ho-El Park